

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

# O R D E R

    Appellant filed two notices of appeal seeking to appeal a trial court's order confirming an arbitration award. The order was severed from the original cause number DC-12-60 and assigned cause number DC-12-60-A. Appellant filed a notice of appeal in both the original cause number, which was assigned appeal number 04-14-00706-CV, and in the severed cause number, which was assigned appeal number 04-14-00707-CV. Because the notice of appeal was appropriately filed in the severed cause number, it is ORDERED that appeal number 04-14-00706-CV shall be administratively closed, and the appeal shall proceed in appeal number 04-14-00707-CV.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court